DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

THOMAS L. FAST,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D23-1811

————————————————————

February 16, 2024

Petition for Writ of Certiorari to the Circuit Court for Manatee County;
Stephen M. Whyte, Judge.

Thomas L. Fast, pro se.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Respondent.

PER CURIAM.

    Denied.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.